IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JAYMOE LLC<br><br>　　　　　　　　　Plaintiff,<br><br>-vs-<br><br>JARED LLOYD PHOTOGRAPHY, LLC,<br>and JARED LLOYD, individually,<br><br>　　　　　　　　　Defendants. | Case No. CV 22-66-BMM-JTJ<br><br>**ORDER** |

Pursuant to the Parties' Joint Motion to Vacate Hearing, and for good cause showing, it is hereby ORDERED the hearing scheduled for Wednesday, October 19, 2022, is VACATED.

The parties have filed a Stipulation with the Court and agree Plaintiff's pending Motion for a Preliminary Injunction is MOOT, each party to pay its own attorney fees and costs.

In lieu of a preliminary injunction, the Court orders the parties to adhere to the terms of the Stipulation.

DATED this 17th day of October, 2022.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Court